UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** CR 13-221 RHK |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 371 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES BRYAN CROOK, | ) | |
| | ) | |
| Defendant. | ) | |

The United States Attorney charges that:

## COUNT 1
### (Conspiracy to Commit Wire Fraud)

In or about 2007, in the State and District of Minnesota, the defendant,

## JAMES BRYAN CROOK,

knowingly and intentionally conspired and agreed with other individuals to execute

a scheme to defraud mortgage lenders and to obtain money by means of false and

fraudulent pretenses, namely, a mortgage fraud scheme utilizing interstate wire

communications, all in violation of Title 18, United States Code, Section 371.

Respectfully submitted,

Dated: August 26, 2013

JOHN R. MARTI
Acting United States Attorney

*William J. Otteson*

By: WILLIAM J. OTTESON
Assistant U.S. Attorney

SCANNED
AUG 2 6 2013
U.S. DISTRICT COURT MPLS