UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES BRYAN CROOK | No. 13-CR-221 (RHK) |
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMRI ELSAFY | No. 11-CR-154 (DSD) |

**NOTICE TO THE COURT OF RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

- Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.
- Cases arising out of the same operative set of facts, behavioral episode, or course of conduct whether the prior cases are open or closed.
- Cases that arise out of the same investigation and have temporal proximity.
- The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Respectfully submitted,

Dated:  August 26, 2013

JOHN R. MARTI
Acting United States Attorney

*s/William J. Otteson*

BY:  WILLIAM J. OTTESON
Assistant United States Attorney